**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Antonio Lee Dodd, Appellant.

Appellate Case No. 2012-209187

---

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge

---

Unpublished Opinion No. 2014-UP-151
Submitted February 1, 2014 – Filed April 2, 2014

---

**AFFIRMED**

---

Appellate Defender Carmen Vaughn Ganjehsani, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Christina J. Catoe, both of Columbia, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:

1.  As to whether the trial court erred in charging the jury on "the hand of one is the hand of all" because the State failed to charge Dodd's alleged co-defendant: *State v. Massey*, 267 S.C. 432, 229 S.E.2d 332, 339 (1976) (adopting the reasoning "[i]f failure to apprehend the principal, his death or acquittal necessitates acquittal of the accessory, then our statute is no improvement over the common law. . . .").

2.  As to whether the trial court erred in charging the jury on "the hand of one is the hand of all" because the State failed to present sufficient evidence to support such a charge: *State v. Mattison*, 388 S.C. 469, 479, 697 S.E.2d 578, 584 (2010) ("An appellate court will not reverse the trial [court's] decision regarding a jury charge absent an abuse of discretion."); *State v. Niles*, 400 S.C. 527, 533, 735 S.E.2d 240, 243 (Ct. App. 2012) ("If any evidence supports a jury charge, the [trial] court should grant the request."); *State v. Grippon*, 327 S.C. 79, 84, 489 S.E.2d 462, 464 (1997) (noting the law makes no distinction between the weight or value to be given to direct or circumstantial evidence).

**AFFIRMED.**[1]

**FEW, C.J., and SHORT and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.